UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE,

        Plaintiff,

   v.

PAUL HORN, et al.,

        Defendants.

No. 2:21-cv-01938 TLN DB P

ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a "Motion for Contempt and Sanctions to Compel Discovery" with the court. (ECF No. 9.)

        Prior to defendants appearing, the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b)(1) & (2).

        The court has not yet screened plaintiff's complaint to determine if it states any cognizable claims. As such, the court has not ordered defendants appear in this action. The court

////

has also not issued a discovery and scheduling order in this action. As such, the court will deny plaintiff's motions as premature. Plaintiff's complaint will be screened in due course.

For the reasons stated above, IT IS HEREBY ORDERED that plaintiff's motion for contempt and sanctions to compel discovery (ECF No. 9) is denied.

Dated: November 15, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/r/duns1938.cont